IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DORA WILLIAMS,                          )
                                        )
     Plaintiff,                       )
                                        )
     v.                               )       CIVIL ACTION NO. 2:11cv773-CSC
                                        )                 (WO)
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
     Defendant.                       )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is

hereby REVERSED and this case be and hereby is REMANDED to the Commissioner for

further consideration and proceedings consistent with the memorandum opinion entered

herewith.

Done this 12th day of July, 2012.


                    /s/Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE